JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE PEPE MITCHELL,

           Petitioner,

   v.

D. SAMUEL, Warden,

           Respondent.

Case No. 2:23-cv-02516-KES

**JUDGMENT**

     Pursuant to the Court's Order that judgment be entered denying the First Amended Petition,

     IT IS ADJUDGED that the First Amended Petition is denied with prejudice.

DATED:  March 26, 2024

*Karen E. Scott*

KAREN E. SCOTT
UNITED STATES DISTRICT JUDGE